■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEROME T. CARSON, Appellant. (Appeal No. 1.) [881 NYS2d 348]— Appeal from a judgment of the Erie County Court (Shirley Troutman, J.), rendered April 21, 2008. The judgment convicted defendant, upon his plea of guilty, of attempted criminal possession of a controlled substance in the fourth degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Memorandum: In appeal No. 1, defendant appeals from a judgment convicting him upon his plea of guilty of attempted criminal possession of a controlled substance in the fourth degree (Penal Law §§ 110.00, 220.09 [3]) and, in appeal No. 2, he appeals from a judgment convicting him upon his plea of guilty of attempted criminal possession of a controlled substance in the fifth degree (§§ 110.00, 220.06 [1]). Contrary to the contention of defendant, his waiver of the right to appeal in appeal No. 1 was knowingly, intelligently and voluntarily entered (*see People v Lopez*, 6 NY3d 248, 256 [2006]; *cf. People v Ramos*, 152 AD2d 209 [1989]). Contrary to defendant's implicit contention, County Court was not required to "engage in any particular litany in order to satisfy itself" that the waiver was validly entered (*People v Callahan*, 80 NY2d 273, 283 [1992]). The valid waiver by defendant of the right to appeal in appeal No. 1 en-

compasses his challenge to the court's suppression ruling in that appeal (*see People v Kemp*, 94 NY2d 831, 833 [1999]; *People v Dean*, 48 AD3d 1244 [2008], *lv denied* 10 NY3d 839 [2008]), and there is no merit to defendant's remaining contention with respect to appeal No. 2 (*see generally People v Fuggazzatto*, 62 NY2d 862 [1984]). Present—Smith, J.P., Fahey, Carni, Pine and Gorski, JJ.